OPINION ON REHEARING



FILED
Sep 12 2019, 10:03 am
CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

ATTORNEYS FOR APPELLANT

Daniel H. Pfeifer
James P. Barth
Jeffrey J. Stesiak
South Bend, Indiana

ATTORNEY FOR APPELLEE

Robert J. Palmer
Mishawaka, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

| | |
|---|---|
| Linda Martinez, as the Personal Representative of the Estate of Roy Martinez, <br><br> *Appellant-Plaintiff,* <br><br> v. <br><br> Oaklawn Psychiatric Center, Inc., <br><br> *Appellee-Defendant.* | September 12, 2019 <br><br> Court of Appeals Case No. 18A-CT-2883 <br><br> Appeal from the St. Joseph Superior Court <br><br> The Honorable Jenny Pitts Manier, Judge <br><br> Trial Court Cause No. 71D05-1803-CT-140 |

**Mathias, Judge.**

[1] Linda Martinez, as the Personal Representative of the Estate of Roy Martinez, has filed a petition for rehearing, which we grant for the limited purpose of clarifying our July 12, 2019 opinion.

In her petition, Martinez claims that there is a genuine issue of material fact concerning whether Roy Martinez or Kennedy Kafatia began the physical altercation that resulted in Roy's death. We agree that this fact is disputed, however, it is not material to our conclusion that the Estate's claim falls within the scope of the Medical Malpractice Act.

Subject to this clarification, we affirm our opinion in all other respects.

Robb, J., and Altice, J., concur.